UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **RICHARD KENNY WOODSON,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. 3:24-cv-00085 |
| v. | ) |
| | ) |
| **CHRISTY BING,** *et al.***,** | ) |
| | ) |
| Defendants. | ) |

## ORDER

The Magistrate Judge's Report and Recommendation ("R&R") (Doc. No. 19) was filed on July 30, 2024 recommending that the Court dismiss this case sua sponte under Federal Rule of Civil Procedure 12(h)(3) because the Court lacks subject-matter jurisdiction. Accordingly, the Magistrate Judge further recommends that Defendants' pending motion to dismiss be denied as moot and Woodson's motion to amend be denied without prejudice. Over twenty days after the R&R was filed, Woodson has not filed any objections to the R&R despite the R&R's specific warnings regarding waiver. (See Doc. No. 19 at 14).

Having thoroughly reviewed the R&R, the Court agrees with the Magistrate Judge's analysis. There is no basis for subject-matter jurisdiction because no federal question is presented and no diversity-of-citizenship exists. 28 U.S.C. §§ 1331 and 1332.

Accordingly, the R&R (Doc. No. 19) is **APPROVED AND ADOPTED;** this action is **DISMISSED WITHOUT PREJUDICE** under Federal Rule of Civil Procedure 12(h)(3) for lack of subject-matter jurisdiction. Without subject-matter jurisdiction, Defendants' Motion to Dismiss (Doc. No. 8) is **DENIED AS MOOT**. And Woodson's Motion to Amend (Doc. No. 18) is **DENIED WITHOUT PREJUDICE.**

This is a final judgment. The Clerk shall close this file.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE